UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY M. ARNTSEN, | CASE NO. C07-1967-JCC-MAT |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S "REPLY" TO DEFENDANTS' ANSWER |
| STEVEN CLARK, *et al.*, | |
| Defendants. | |

Plaintiff is a Washington state prisoner who is proceeding *pro se* in this action brought under 42 U.S.C. § 1983.  Plaintiff has recently filed a motion for summary judgment and also a document entitled "reply to defendant's answer to plaintiff's amended complaint." (Dkt. No. 25). Having reviewed the reply and the balance of the record, the Court does hereby find and ORDER as follows:

(1) Plaintiff is advised that the Federal Rules of Civil Procedure provide for the filing of a reply to an answer *only* if the Court orders a party to do so. *See* Fed. R. Civ. P. 12(a)(1)(C).  Here, the Court has not ordered plaintiff to file a reply.  Accordingly, the Clerk shall STRIKE the reply (Dkt. No. 25) and return the original document to plaintiff.

ORDER STRIKING PLAINTIFF'S "REPLY"
TO DEFENDANTS' ANSWER
PAGE 1

01        (2)    Plaintiff's motion for summary judgment is currently noted for consideration on

02 June 13, 2008.  Under the Local Rules, defendants' response to the motion is due no later than

03 **June 9, 2008** and plaintiff's reply is due no later than **June 13, 2008.**  *See* Local Rule CR

04 7(d)(3).

05        (3)    The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

06 defendants, and to the Honorable John C. Coughenour.

07        DATED this 3rd day of June, 2008.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S "REPLY"
TO DEFENDANTS' ANSWER
PAGE 2