# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICKY M. ARNTSEN, ) | CASE NO. C07-1967-JCC-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING PLAINTIFF'S |
| ) | MOTION FOR DISCOVERY |
| STEVEN CLARK, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is a Washington state prisoner who is proceeding *pro se* in this action brought under 42 U.S.C. § 1983. On May 30, 2008, plaintiff filed a document entitled "Plaintiff's motion for an order to depose each of the defendants and defense witnesses orally; and for leave to conduct depositions; and for leave for service of interrogatories." (Hereafter, "motion" or "motion for discovery.") (Dkt. No. 28). Having reviewed the motion and the balance of the record, the Court does hereby find and ORDER as follows:

(1)     Plaintiff is advised that the Federal Rules of Civil Procedure provide for the taking of oral depositions and the use of other discovery tools. *See, e.g.,* Fed. R. Civ. P. 30. The Court's role is to resolve disputes that may arise during the course of discovery.  The Court does not

involve itself in arranging for depositions or ordering parties to participate unless necessary. *See, e.g.,* Fed. R. Civ. P. 26(c)). Plaintiff does not allege in his motion that he has tried to arrange depositions on his own or by contacting counsel for defendants. Therefore, it is premature for plaintiff to seek the Court's assistance in this matter. Accordingly, the Clerk shall STRIKE plaintiff's motion for discovery (Dkt. No. 28) and return the original document to plaintiff.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 4th day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge